■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JACOBS, Appellant.— Judgment of the Supreme Court, Queens County, rendered May 4, 1972, affirmed (*People* v. *Mintz*, 38 A D 2d 943; *People* v. *Lomonaco*, 39 A D 2d 720). Hopkins, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED KEVIN LAVERY, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered May 22, 1973, convicting him of attempted burglary in the third degree, upon his plea of guilty, and sentencing him to a reformatory period of imprisonment. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a five-year period of probation. As so modified, judgment affirmed and case remitted to the County Court for imposition of the conditions of probation as specified in section 65.10 of the Penal Law. Under the circumstances of this case it is our opinion that the sentence was excessive to the extent indicated herein. Munder, Acting P. J., Martuscello, Gulotta, Brennan and Benjamin, JJ., concur.